FILED

10/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0275

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0275

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JACQUES DAVID BERNARD,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 25, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 2 2024